No. 82–1540. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. *v.* QASIM ET AL. Ct. App. D. C. Certiorari denied.

No. 82–1542. HEWITT ET AL. *v.* STRICKLAND, REVENUE COMMISSIONER OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–1543. REEDMAN *v.* RUSSO. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 82–1548. EPPS *v.* BAER. C. A. 4th Cir. Certiorari denied.

No. 82–1551. BRYANT ELECTRIC CO. ET AL. *v.* KISER, INDIVIDUALLY, AND AS ANCILLIARY ADMINISTRATRIX OF THE ESTATE OF KISER, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1556. DUFFY, SHERIFF OF SAN DIEGO COUNTY, CALIFORNIA *v.* BARONA GROUP OF THE CAPITAN GRANDE BAND OF MISSION INDIANS, SAN DIEGO COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 82–1557. I/S NOREXIM ET AL. *v.* GULF TRADING & TRANSPORTATION CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1559. KONDRAT *v.* CITY OF WILLOUGHBY HILLS. Ct. App. Ohio, Lake County. Certiorari denied.

No. 82–1561. COUSINO *v.* STAIR, PERSONAL REPRESENTATIVE OF THE ESTATE OF STAIR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1562. TIMMONS *v.* ZONING BOARD OF ADJUSTMENT ET AL. Sup. Ct. S. C. Certiorari denied.

No. 82–1566. BARANAN *v.* FULTON COUNTY. Sup. Ct. Ga. Certiorari denied.